IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ABDULLA HOLIDAY,** | : | **CIVIL NO. 1:15-1507** |
| **Plaintiff** | : | |
| | : | **(Judge Rambo)** |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **J. SAGE,** *et al.*, | : | |
| **Defendants** | : | |

## O R D E R

AND NOW, this 19th day of August, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts in part and rejects in part the report and recommendation of Magistrate Judge Carlson (Doc. 4).

2) The complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court shall close the file.

4) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

                                                        s/Sylvia H. Rambo
                                                        United States District Judge